UNITED STATES  DISTRICT COURT

Northern District of California

RICARDO LOPEZ,

                Plaintiff(s),                       No. C 09-3229 MEJ

     v.

                                            **ORDER RE STATUS**

UTILIQUEST, LLC, ET AL.,

                Defendant(s).

_____/

On October 16, 2009, the Court referred this matter to private mediation and established a filing deadline of May 20, 2010 for any dispositive motions.  (Dkt. #13.)  As neither side filed a summary judgment motion by the deadline, and there is no indication on the docket that the parties have participated in mediation, the Court hereby ORDERS the parties to file a joint status report by June 8, 2010.

     **IT IS SO ORDERED.**

Dated: May 25, 2010

                                                  _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**