1  JOHN A. STONICH  (SBN 78943)
   Law Offices of Donald M. Kelly
2  79 Devine Street, Suite 201
   San Jose, CA 95110
3  Phone: (408) 298-2800
   Fax:    (408) 298-1466
4
5  Attorneys for Plaintiff: Ricardo Lopez

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | RICARDO LOPEZ,              ) Case No.C09 03229
                                 )
12 |       Plaintiff,             )
                                 ) **STIPULATION OF DISMISSAL**
13 |   vs.                        )
                                 )
14 | UTILIQUEST, LLC; PHIL CAMARO; )
   | and DOES 1 to 25, inclusive, )
15 |                              )
                                 )
16 |       Defendants.            )

17

18

19      IT IS HEREBY STIPULATED by and between all parties through their designated

20 counsel: Ms. Marlene S. Muraco, Littler Mendelson for defendants UTILIQUEST, LLC and

21 PHIL CAMARO; and John A. Stonich, Law Offices of Donald M. Kelly for plaintiff RICARDO

22 LOPEZ; that the above-captioned action be and is hereby dismissed in its entirely as to all

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

parties, with prejudice, pursuant to FRCP 41 (a) (1).

   Each party is to bear its own attorneys' fees and costs.

Dated: 4/21 2010

PLAINTIFF RICARDO LOPEZ   By: /s/ John A. Stonich
JOHN A. STONICH
LAW OFFICES OF DONALD M. KELLY
ATTORNEYS FOR PLAINTIFF RICARDO LOPEZ

Dated: 5/25 2010

DEFENDANTS UTILIQUEST, LLC;
AND PHIL CAMARO   By: /s/ Marlene Muraco
MARLENE S. MURACO
LITTLER MENDELSON
ATTORNEYS FOR DEFENDANTS
UTILIQUEST, LLC; AND PHIL CAMARO



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA